SO ORDERED: October 8, 2014.



**Robyn L. Moberly**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ROBERT DALLAS GAITHER | ) | |
| LINDA LEE GAITHER | ) | CASE NO. 09-356-RLM-13 |
| | ) | |
| Debtors | ) | |

## ORDER

This matter came before the Court on September 29, 2014 upon the filing of six (6) separate Applications for Payment of Unclaimed Funds by Dilks & Knopik, LLC, as assignee of creditor PNC Bank, National Association.

The Court has determined from the documentation submitted with the Applications that the PNC Bank, National Association's claim has been transferred to Dilks & Knopik, LLC; however, no Notice of Transfer of Claim has been filed with the Court.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that

1. Dilks & Knopik, LLC as assignee of creditor PNC Bank, National Association shall file a transfer of claim and pay the fee of $25.00 by check or money order payable to the Clerk of the United States Bankruptcy Court and mail said transfer of claim and payment to 46 E. Ohio Street, Room 116, Indianapolis, Indiana 46204 with a copy of this Order.

2. Upon receipt of the transfer of claim and payment, the Clerk shall issue the Notice of Transfer of Claim pursuant to FRBP 3001(e)(2).

3. After the notice period has expired, and no objections having been filed, the Clerk shall process the requested payment of the unclaimed funds as requested by Dilks & Knopik, LLC

# # #

Distribution: Chapter 13 trustee / Dilks & Knopik, LLC